**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

PALACE SKATEBOARDS GROUP and GSLT HOLDINGS LIMITED,

                 Plaintiff,

  -against-

AAABBBLUCKY, AAPE888, ALIBOER006, ANGELS02, ANGELS03, ANGELS04, FASHIONSHOPSS, FINE_LIVE, FOG01, JORGE05, MINGTIAN3, MUETHEZWJSDIIR, NINGSHOES, OFF_WHITE666, PALM_10, PALM003, PHEMIEMCUYRM, SCHWAZQKAPF, SHANYAN04, STUSSYOEM, TOPPRO01, TOPSTORE_999, WIZAROTTYYEY, XIANNA, YAOLEI001, YAOLEI003, YAOLEI007, YAOLEI009, YINKUI111, YUNHUI07, and ZJY529,

                 Defendants.

------------------------------------- x

ORDER

20 Civ. 6108 (GBD)

GEORGE B. DANIELS, District Judge:

    This action having been commenced by the filing of a Summons and Complaint on August 5, 2020, and a copy of the Summons and Complaint having been served on Defendants Aaabbblucky, Aape888, Aliboer006, Angels02, Angels03, Angels04, Fashionshopss, Fine_live, Fog01, Jorge05, Mingtian3, Muethezwjsdiir, Ningshoes, Off_white666, Palm_10, Palm003, Phemiemcuyrm, Schwazqkapf, Shanyan04, Stussyoem, Toppro01, Topstore_999, Wizarottyyey, Xianna, Yaolei001, Yaolei003, Yaolei007, Yaolei009, Yinkui111, Yunhui07, and Zjy529 on August 7, 2020, and proof of service having been filed on August 26, 2020 (ECF No. 15), and the aforementioned Defendants having failed to answer, appear, or otherwise move with respect to the Complaint, and the time for appearing, answering, or moving having expired, it is hereby:

    ORDERED, ADJUDGED, AND DECREED that Plaintiffs Palace Skateboards Group and GSLT Holdings Limited have judgment against the aforementioned Defendants.

This matter is referred to Magistrate Judge Sarah Netburn for an inquest on damages, prejudgment interest, costs, and attorneys' fees.

The Clerk of Court is directed to close the open motion at ECF No. 31.

Dated: December 15, 2022
       New York, New York

                                SO ORDERED.

                                GEORGE B. DANIELS
                                United States District Judge