Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
EPSTEIN DRANGEL LLP
6 East 45th Street, 7th Floor
New York, NY 10017
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiffs*
*Palace Skateboards Group and*
*GSLT Holdings Limited*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PALACE SKATEBOARDS GROUP and GSLT HOLDINGS LIMITED,

*Plaintiffs*

v.

AAABBBLUCKY, AAPE888, ALIBOER006, ANGELS02, ANGELS03, ANGELS04, FASHIONBRAND888, FASHIONSHOPSS, FINE_LIVE, FOG01, JORGE05, MINGTIAN3, MUETHEZWJSDIIR, NINGSHOES, OFF_WHITE666, PALM_10, PALM003, PHEMIEMCUYRM, SCHWAZQKAPF, SHANYAN04, STUSSYOEM, TOPPRO01, TOPSTORE_999, WIZAROTTYYEY, XIANNA, YAOLEI001, YAOLEI003, YAOLEI007, YAOLEI009, YINKUI111, YUNHUI07 and ZJY529,
*Defendants*

CIVIL CASE NO.
20-cv-6108 (GBD)
(SN)

ORDER FOR
RETURN OF
SECURITY BOND

The Court, having entered a final default judgment and permanent injunction and having directed the Clerk of Court to close this case, the Court hereby GRANTS Plaintiffs' request for the return of the Five Thousand U.S. Dollar ($5,000.00) security bond in this action.

Accordingly, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1) The Court releases the Five Thousand U.S. Dollar ($5,000.00) security bond that Plaintiffs submitted in connection with this action to counsel for Plaintiffs, Epstein Drangel, LLP, 6 East 45th Street, 7th Floor, New York, NY.

**SO ORDERED.**

SIGNED this ___ day of ___March___, 2026, at _____ __.m.

_George B. Daniels_
HON. GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE